UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ANNA SIMIEN, ET AL | : | DOCKET NO. 2:15-cv-277 |
| VERSUS | : | JUDGE MINALDI |
| ALXIAL CORP., ET AL | : | MAGISTRATE JUDGE KAY |

**REPORT AND RECOMMENDATION**

In a separately issued Memorandum Order [Doc. 21], this court determined that John Manns was improperly joined as a defendant. On those grounds, we denied the plaintiffs' motion to remand. For the reasons stated in that Memorandum Order, IT IS RECOMMNEDED that John Manns be DISMISSED from this action.

Under the provisions of 28 U.S.C. §636 and Fed.R.Civ.Proc. 72, parties aggrieved by this recommendation have fourteen (14) business days from service of this report and recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b) shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.

THUS DONE this 10th day of March, 2017.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE